| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| **Northern** District of **California** (State) |
| Case number (If known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**

Illuminate Properties & Investments Capital Group LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

9 2 - 2 9 3 4 8 7 8

**4. Debtor's address**

Principal place of business

3180 Aran Way
Number    Street

Dublin    CA    94568
City    State    ZIP Code

Alameda
County

Mailing address, if different from principal place of business

Number    Street

P.O. Box

City    State    ZIP Code

Location of principal assets, if different from principal place of business

725 East 21st Street
Number    Street

Oakland, CA 94606
City    State    ZIP Code

**5. Debtor's website (URL)**

| Debtor | | Case number (if known) |
|---|---|---|
| | Name | |

6. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   **5 3 1 1**

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check all that apply:*
     - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C.§ 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one ormore classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No

   ☐ Yes. District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____

   If more than 2 cases, attach a separate list.

Debtor _____ Case number (if known)_____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ☒ No
   ☐ Yes. Debtor _____ Relationship _____
   District _____ When ___/___/___
   MM / DD /YYYY
   Case number, if known _____

   List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in *this district*?**

   Check all that apply:

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No
   ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (Check all that apply.)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number  Street
   _____
   City                                 State ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

   Check one:
   ☒ Funds will be available for distribution to unsecured creditors.
   ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

   ☒ 1-49       ☐ 1,000-5,000     ☐ 25,001-50,000
   ☐ 50-99      ☐ 5,001-10,000    ☐ 50,001-100,000
   ☐ 100-199    ☐ 10,001-25,000   ☐ More than 100,000
   ☐ 200-999

| Debtor | | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on  06/23/25
MM / DD / YYYY

X /s/ Mayury Bounprakob                    Mayury Bounprakob
Signature of authorized representative of debtor      Printed name

Title  **Managing member**

**18. Signature of attorney**

X /s/ Lewis Phon        Date  06/23/25
Signature of attorney for debtor        MM / DD / YYYY

Printed name: **Lewis Phon**
Firm name: **Law Office of Lewis Phon**
Number Street: **4040 Heaton Court**
City: **Antioch, CA 94509**
State  ZIP Code
Contact phone: **925 470 8551**
Email address: **lewisphon22@gmail.com**
Bar number: **74907**
State: **CA**

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Illuminate Properties & Investments Capital Group LLC**

_____ Debtor(s) __/

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 3 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

/s/ Lewis Phon
_____
Signature of Debtor's Attorney or Pro Per Debtor

Mailing Matrix

Milestone Financial LLC
4962 El Camino Real Ste 201
Los Altos, CA 94022

Cashflow Properties
1071 Plymouth Avenue
San Francisco CA 94112

Elvira Orly
1025 Arlington Blvd.
El Cerrito, CA 945300

Fruitvale Partners LLC
PO BOX 19016
OAKLAND, CA 94619

Mortgage Lender Services
7844 Madison Avenue, Unit 145
Fair Oaks, CA 95628

East Bay M.U.D.
375 11th Street
Oakland, CA 94607

Sunny Wong
EXP Realty, Inc.
215 Washington Street
Oakland, CA 94607

```
PG&E
Box 997 300
Sacramento, CA 95899-7300

Waste Management
172 98th Ave
Oakland, CA 94603

Henry C. Levy
Treasurer and Property Tax Collector
```
1221 Oak Street, Room 131
Oakland, CA 94612

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Chief Counsel
Franchise Tax Board
c/o General Counsel Section
P.O. Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

Franchise Tax Board
PO Box 1673
Sacramento, CA 95812-1673

U. S Dept of Justice, Civil Trial Sect, Western Region
Box 683, Franklin Station
Washington, D.C. 20044

U S Attorney for the IRS
501 I Street, Suite 10-100
Sacramento, CA 95814

Internal Revenue Service
Insolvency Section SA 5357
4330 Watt Avenue
North Highlands, CA 95660

IRS - Centralized Insolvency
P.O. Box 21126
Philadelphia, PA 19114

Board of Equalization
Account Analysis & Control Section MIC 29
P. O. Box 942879
Sacramento, Ca 94279-0029

Employment Development Department
Bankruptcy Special Procedures Group
P. O. Box 826880 MIC 92E
Sacramento, CA 94280-0001